IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     CR 108-062
     )
EDWARD JEROME NEWSOME     )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the "Motion to Suppress Drugs Seized at 2412 Mt. Auburn St.,

Augusta, GA on October 25, 2007" is **DENIED**. (Doc. no. 288).

SO ORDERED this 21st day of October, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE