IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 108-062 |
| | ) | |
| EDWARD JEROME NEWSOME | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the "Motion to Suppress For Violations of the Fourth Amendment to the United States Constitution All Intercepted Conversations and All Fruits Thereof Made from September 27, 2007 to October 27, 2007 Pursuant to the September 27, 2007 Superior Court Order Authorizing the Interception of Wire Communications for the Cell Phone of Kathryn Smith" is **DENIED**. (Doc. no. 228).

SO ORDERED this 4th day of November, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE